IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ANTHONY JACKSON,

    Plaintiff,

v.

HEAD NURSE LYNN, et al.,

    Defendants.

CIVIL ACTION NO.: 6:21-cv-67

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 9. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims for monetary damages against Defendants in their official capacities. Plaintiff's deliberate indifference to a serious medical need claim against Defendants in their individual capacities remains pending.

**SO ORDERED**, this 22nd day of November, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA